**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| KMB/CT, INC. d/b/a KMB WAREHOUSE DISTRIBUTORS, INC., THRIFTY AUTO SUPPLY, and IRVING LEVINE AUTOMOTIVE DISTRIBUTORS, INC., individually and on behalf of a class of all others similarly situated, | |
| Plaintiffs, | |
| v. | Civil Action No.: 2:16-cv-13506 |
| DENSO CORPORATION, DENSO INTERNATIONAL AMERICA, INC., and DENSO PRODUCTS & SERVICES AMERICAS F/K/A DENSO SALES CALIFORNIA, INC., | |
| Defendants. | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Nathan J. Fink of Fink + Associates Law hereby enters an appearance as counsel for Plaintiffs in this matter.

Respectfully submitted,

**FINK + ASSOCIATES LAW**

By:       /s/ Nathan J. Fink
           Darryl Bressack (P67820)
           Nathan J. Fink (P75185)
           Attorneys for Plaintiffs
           38500 Woodward Ave.; Suite 350
           Bloomfield Hills, MI 48304
           Tel: (248) 971-2500
           Fax: (248) 971-2600
           dbressack@finkandassociateslaw.com
           nfink@finkandassociateslaw.com

Dated:  September 29, 2016

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

**FINK + ASSOCIATES LAW**

By:      /s/ Nathan J. Fink
         Darryl Bressack (P67820)
         Nathan J. Fink (P75185)
         Attorneys for Plaintiff
         38500 Woodward Ave.; Suite 350
         Bloomfield Hills, MI 48304
         Tel: (248) 971-2500
         Fax: (248) 971-2600
         dbressack@finkandassociateslaw.com
         nfink@finkandassociateslaw.com